# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 3, 2025

## NO. 03-25-00156-CV

**Sajeev Pynadath, Appellant**

**v.**

**Preethy Pynadath, Appellee**

**APPEAL FROM THE 146TH DISTRICT COURT OF BELL COUNTY**
**BEFORE JUSTICES TRIANA, THEOFANIS AND CRUMP**
**DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE CRUMP**

This is an appeal from the order signed by the trial court on December 10, 2024. Appellant has filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.